United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   GEORGE W. TURNER,
10             Plaintiff,                    No.  C 10-05932 JSW
11      v.                                   **ORDER**
12  GENERAL ELECTRIC COMPANY, et al.,
13             Defendants.
                                          /
14
15      On July 5, 2012, this case was remanded from MDL-875.  It is HEREBY ORDERED
16  that the parties shall submit a joint status report to the Court by no later than September 28,
17  2012, advising the Court of the status of this litigation and how they intended to proceed in this
18  Court.
19      **IT IS SO ORDERED.**
20
21  Dated: September 5, 2012
                                          _____
22                                        JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28