ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. TURNER, | Case No. 3:10-cv-05932-CRB |
| Plaintiff, | **DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER** |
| vs. | |
| GENERAL ELECTRIC COMPANY, et al., | |
| Defendants. | |

Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to GENERAL ELECTRIC COMPANY and hereby amends his or her complaint(s) accordingly.

///
///
///
///
///
///
///

1

DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: August 1, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |

By:/s/ David R. Donadio
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiff

Dated: 8/2/13

WALSWORTH FRANKLIN BEVINS & MCCALL LLP

By: /s/
DEREK S. JOHONSON, ESQ., S.B. #220988
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: August 19, 2013

SO ORDERED:

IT IS SO ORDERED
Judge Charles R. Breyer

United States District Court, Northern District of California

---

2
DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER